IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FAYE CASTILLO,**

**Plaintiff,**

**v.**

**FORD MOTOR COMPANY,**

**Defendant.**                                                          **No. 05-CV-109-DRH**

### MEMORANDUM & ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Ford Motor Company's ("Ford") motion to dismiss Count 3. (Doc. 5.) On February 17, 2005, Plaintiff Faye Castillo filed a three-count complaint concerning a June 10, 2001, automobile accident in Fayette County, Illinois, involving Plaintiff who was driving her 1996 Ford Explorer. (Doc. 1.) On May 9, 2005, Ford moved for dismissal of Count 3 arguing that the statute of limitations bars Plaintiff's breach of warranty claims. (Doc. 5.) Plaintiff had thirty days to respond to Ford's motion, **LOCAL RULE 7.1**, but did not. Such a failure constitutes an admission on the motion's merits. Therefore, the Court **GRANTS** Ford's motion to dismiss (Doc. 5) and **DISMISSES with prejudice** Count 3 of Plaintiff's complaint that asserts breach of warranty claims.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2005.

/s/   David RHerndon
**United States District Judge**