IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FAYE CASTILLO,**

      **Plaintiff,**

vs.         No.  05-CV-109 DRH

**FORD MOTOR COMPANY,**

      **Defendant.**

## ORDER

Based upon the Stipulation for Dismissal (Doc 27 ) filed in this case, the plaintiff's cause of action against Defendant Ford Motor Company is **DISMISSED** with prejudice.  Each party shall bear their own costs.

**IT IS SO ORDERED.**

DATED: This   20th   day of   December  , 2005.

/s/                          David RHerndon
**UNITED STATES DISTRICT JUDGE**