IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FAYE CASTILLO,**

    **Plaintiff,**

  **vs.**                                               Cause No.  05-CV-109 DRH

**FORD MOTOR COMPANY,**

    **Defendant**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear their own costs.--------------------------------------------------------------
-

                                                     **NORBERT G. JAWORSKI, CLERK**

December 20, 2005                         By:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED: /s/     David RHerndon
                **U.S. DISTRICT JUDGE**